PROB 12C
(7/93)

Report Date: March 12, 2012

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### for the

MAR 12 2012

### Eastern District of Washington

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Spencer Lee Dassow          Case Number: 2:05CR00129-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 06/15/2006

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g) and 924 | |
| Original Sentence: | Prison - 72 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 10/28/2010 |
| Defense Attorney: | Federal Defender | Date Supervision Expires: 10/27/2012 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1     **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On March 10, 2012, the defendant was arrested in Spokane County for the following felony charges: Second Degree Assault (Domestic Violence), in violation of RCW 9A.36.021(A), a Class B felony, punishable by up to 10 years in prison; Third Degree Assault (law enforcement) in violation of RCW 9A.36.031(1)(G), a Class C felony punishable by up to 5 years in prison.

Mr. Dassow was also charged with Obstructing a Public Servant, in violation of RCW 9A.76.020(1), a misdemeanor; and Resisting Arrest, in violation of RCW 9A.76.040, also a misdemeanor.

The undersigned officer has requested a copy of the incident report, but it has not yet been obtained. Mr. Dassow is currently held in the Spokane County Jail on a $25,000 bond.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/12/2012

s/Matthew L. Thompson

Matthew L. Thompson
Supervising U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

3/12/12
Date